```
IN THE UNITED STATES DISTRICT COURT FOR THE
       SOUTHERN DISTRICT OF ALABAMA
              SOUTHERN DIVISION
```

| | |
|---|---|
| **KELVIN PEACOCK,** | : |
|     **Plaintiff,** | : |
| **vs.** | :   CIVIL ACTION 04-0673-WS-B |
| **TRACEY L. HAWSEY, et al,** | : |
|     **Defendants.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 10th day of November, 2005.

                                                s/WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE